JENNINGS v. JESSEN

[326 N.C. 43 (1990)]

---

MANEOLA S. JENNINGS v. HELOISA JESSEN

No. 247A89

(Filed 18 January 1990)

APPEAL of right by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 93 N.C. App. 731, 379 S.E.2d 53 (1989), affirming the judgment of *Friday, J.,* at the 15 September 1987 Session of Superior Court, FORSYTH County. Heard in the Supreme Court 11 December 1989.

SPAULDING v. R. J. REYNOLDS TOBACCO CO.

[326 N.C. 44 (1990)]

*Molitoris & Connolly, by Theodore M. Molitoris, for plaintiff-appellee.*

*William L. Durham for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Greene, J., the decision of the Court of Appeals is reversed. The judgment of the trial court is vacated. The cause is remanded to the Court of Appeals for further remand to the Superior Court, Forsyth County, for new findings, new conclusions, and the entry of a new order.

Reversed and remanded.